tion for leave to proceed further *in forma pauperis* denied. *Mr. James O. Cade* for petitioners. No appearance for respondents.

No. 874. GARCIA *v.* PHILIPPINE ISLANDS. June 1, 1937. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Jose C. Abreu* for petitioner. *Mr. Quintin Paredes, Jr.,* for respondent.

No. 908. HERRING *v.* OKLAHOMA. June 1, 1937. Petition for writ of certiorari to the Criminal Court of Appeals of Oklahoma denied. *Mr. Finis E. Riddle* for petitioner. No appearance for respondent.

No. 917. ELLINGSON *v.* PACIFIC STATES SAVINGS & LOAN CO. ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George P. Barse, John F. Anderson,* and *Michael G. Luddy* for petitioner. *Mr. David R. Faries* for respondents.

No. 918. DAVIS *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Donald Horne* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. J. Louis Monarch* and *Harry Marselli* for the United States.

No. 921. NEW YORK TRUST CO., EXECUTOR, *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit